**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000730
15-JUL-2026
08:17 AM
Dkt. 51 ODSLJ**

NO. CAAP-25-0000730

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

HYE JA CHOI, Plaintiff-Appellant,
v.
WIRELESS CITY LLC, Defendant-Appellee.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CASE NO. 1DRC-24-0005700)

ORDER DISMISSING APPEAL
(By: Nakasone, Chief Judge, Hiraoka and Gluck, JJ.)

Upon review of the record, it appears as follows. On October 14, 2024, the District Court of the First Circuit, Honolulu Division, orally dismissed 1DRC-24-0005700 without prejudice. It did not enter a written order dismissing the matter. On October 20, 2025, Plaintiff-Appellant Hye Ja Choi (**Choi**) filed a Notice of Appeal.

In her Notice of Appeal, Choi states that she appeals two cases: the current case, 1DRC-24-0005700, and Choi v. Wireless City, LLC, 1DRC-24-0010100. This is improper, as a litigant may not file one Notice of Appeal from multiple cases. See Hawaiʻi Rules of Appellate Procedure (HRAP) 3(a) ("An appeal permitted by law from a court or agency shall be taken by filing a notice of appeal[.]" (emphases added)); see also generally

HRAP 4. In Choi's Amended Opening Brief in this case, however, Choi states that 1DRC-24-0010100 "is irrelevant and therefore omitted." It is therefore unclear as to whether Choi intends to pursue an appeal in 1DRC-24-0010100.

On June 16, 2026, this court temporarily remanded the appeal of 1DRC-24-0005700 (pursuant to Hawaiʻi Revised Statutes § 602-57(3) (2016)) to "enter a written order regarding dismissal." While on temporary remand, the District Court granted Choi's pending request for reconsideration, and set aside the oral dismissal. As the oral dismissal from which Choi appealed has been set aside, there is no decision for this court to review.

Therefore, IT IS HEREBY ORDERED that the appeal of 1DRC-24-0005700 is dismissed for lack of jurisdiction.

IT IS FURTHER ORDERED that all pending motions in CAAP-25-0000730 are dismissed.

That leaves the possible appeal of 1DRC-24-0010100. The clerk is directed to open a new appeal, containing the Notice of Appeal filed in 1DRC-24-0010100. Choi must pay the fee required under HRAP Rule 3(a) within seven days from the date of this order; file the CADS required under HRAP Rule 3.1; and comply with HRAP Rule 11(a).

DATED: Honolulu, Hawaiʻi, July 15, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Daniel M. Gluck
Associate Judge

2